

## Certification:

I, Dra. Gladys Quiles Santiago, of legal age, Medical Services Director of Bayamon Correctional Complex, certify that:

1. Mr. Jose J. Cruz Berrios is an inmate under the custody of DCR living currently on facility 501 of Bayamon Correctional Complex.
2. Mr. Cruz Berrios has Diabetes Mellitus type 2, diabetic retinopathy, diabetic neuropathy and hypothyroidism and depression.
3. He receives monitoring and treatment for all his physical conditions by the facility internal medicine doctor, last appointment was on May $2^{rd}$, 2019. Next appointment June 27, 2019.
4. Mr. Cruz Berrios also receives periodical evaluations and treatment with psychiatrist, last appointment was on February 26, 2019 next appointment is scheduled for May 28, 2019.
5. Mr. Cruz Berrios is also periodically followed by external clinics:
   - Gastroenterology- next appointment June 18, 2019
   - Urology- next appointment May 17, 2019
   - Ophthalmology last appointment on March 6, 2019 next appointment May 29, 2019
   - Nephrology June 6, 2019.
   - Optometrist last visit on December 6, 2018 next appointment December 5, 2019.
   - Endocrinologist last appointment April 22, 2019 next appointment July 28, 2019.
6. Regarding the podiatrist appointment Mr. Cruz Berrios has being scheduled for multiples visits to this service: august 31, 2017, January 18, 2018 and May 18, 2018 each time he hasn't attend, refusing the service. A new appointment was scheduled for June 6, 2019.
7. On April 22, 2019 Mr. Cruz Berrios was revaluated by endocrinologist who recommended for diabetes management: Lantus divided in 2 doses 35 u on each arm at the same time, Humalog 17 u before breakfast, Humalog 12 u before lunch, Humalog 12 u before each meal. This regimen has been followed by the doctors and nurse personnel in charge of the insulin administration but Mr. Cruz is not entirely compliant with his treatment. He refuses many times to attend to the medical area to receive his medication; also refuses, almost always, to sign the relief of responsibility for these refusals, the nursing staff and correctional officer sign their part as the medical representative and witnesses of the patient refusal. I include some the patient's refusals for the past month, but if needed more documentation can be submitted. This pattern

PO Box 193044 San Juan, Puerto Rico, 00919-3044
787-767-8758
787-250-9265




Physician Correctional

of refusals has been happening for a long time, not only for his insulin administration but with many other appointments.

8. Regarding the low sodium, low calorie with snacks (including fruit) diet, Mr. Cruz Berrios refuses to receive any kind of diet, stating that the food is almost inedible. He has been oriented by nutritionist and doctors of the importance of the diet on the management of a diabetic patient, for he still refuses. The food provider company in contract with Correctional Department has a protocol that stablish that snacks will be given to patients who are on a diabetic diet, which is not the case of Mr. Cruz. The doctor continuously prescribes a diabetic diet of 2200 calories with 3 snacks and low sodium but patient refuses and ask for regular diet.
9. In Regard of the walker requested by the patient at this moment he has a cane that assists him in walking, it hasn't being established the need of another equipment.
10. As stated before Mr. Cruz has had many appointments with podiatrist but has refused to attend, a new appointment was scheduled for June 6, 2019.
11. In regard of Hepatitis C treatment, the patient should be evaluated by a gastroenterologist to establish if he is a candidate for the treatment, his next appointment with gastroenterologist is on June 18, 2019.
12. We understand the importance of the proper management of Mr. Cruz Berrios conditions both physical and mental, and after reviewing his medical records and files is well stablished that the insulin ordered by endocrinologist, as all other treatments such as diets, specialist appointments etc. are being provided in the best manner and interest of the patient and in compliance of the medicine practice, but the patient must give his part. His constants refusals to treatment and medical recommendations can lead to increase of complications related to his conditions.

I sign this document in Bayamon Puerto Rico on May 17, 2019.

_____
Gladys Quiles Santiago

**CONFIDENCIAL**
Prohibido divulgar o fotocopiar información a terceras personas.