

# GOBIERNO DE PUERTO RICO
Departamento de Corrección y Rehabilitación

13 de noviembre de 2019

Lcda. Melissa Massheder Torres
Abogada
Secretaría Auxiliar de Litigios Generales
División de Litigios Federales & Quiebras
Departamento de Justicia

*Silkia M. Figueroa Sierra*
Silkia M. Figueroa Sierra
Jefa
Negociado de Instituciones Correccionales

**RE: JOSE JULIAN CRUZ BERRIOS**
**MIEMBRO DE LA POBLACION CORRECCIONAL**
**CIVIL NUMERO    16-3155 (RAM)**

Le refiero copia de expediente solicitado por usted en su comunicación recibida el 8 de noviembre de 2019 relacionada a las alegaciones presentadas por el miembro de población correccional en referencia, en su demanda ante el Tribunal, referente a alegada negligencia del DCR, HMO o Physician Correctional con su tratamiento de insulina según indicado por su médico y de no estar recibiendo una dieta baja en sodio, 2200 calorías al día, que incluya tres (3) snacks de fruta y que no se le provee acceso a médicos.

Se certifica el envío de las siguientes solicitudes radicadas por el confinado **JOSE JULIAN CRUZ BERRIOS** que obran en el expediente de la División de Remedios Administrativos, Oficina de Bayamón.

**Radicada bajo el reglamento#8522 de 26 de septiembre de 2014**

1. Q-032-15 No radicó reconsideración



Calle Juan Calaf, Urb. Industrial Tres Monjitas, Hato Rey, P.R., 00917 /Apartado 71308, San Juan, P.R.  00936 787- 273-6464

RE: JOSE JULIAN CRUZ BERRIOS
MIEMBRO DE LA POBLACION CORRECCIONAL
CIVIL NUMERO        16-3155 (RAM)
LCDA. MELISSA MASSHEDER TORRES
PAGINA 2

**Radicadas bajo el reglamento#8583 de 4 de mayo de 2015**

2. **B-2599-15 No radicó reconsideración**
3. **B-860-17 No radicó reconsideración**
4. **B-687-17 No radicó reconsideración**
5. **B-686-17 No radicó reconsideración**

Se incluye certificación emitida por el Sr. Andrés Martínez Colón, Coordinador Regional, Oficina de Bayamón, con fecha de 13 de noviembre de 2019.

Estamos a su disposición para cualquier información adicional.

Anejos

SFS/ard



*División de Remedios Administrativos*
*Centro de Ingreso Bayamón 705*

13 de noviembre de 2019

Sra. Silkia Figueroa Sierra
Jefa
Negociado de Instituciones Correccionales
Departamento de Corrección y Rehabilitación

Sr. Andrés Martínez Colón
Coordinador Regional
División Remedios Administrativos
Institución Correccional 705 de Bayamón

### CERTIFICACIÓN DE REMEDIOS ADMINISTRATIVOS

Se envía Certificación solicitada en el día de hoy 13 de noviembre de 2019, del miembro de la población correccional **Cruz Berríos, José Julián** activo en institución correccional 501 de Bayamón. Luego de una búsqueda exhaustiva en nuestros archivos de la División de Remedios Administrativos de la Oficina de Bayamón certificamos que el miembro de la población correccional en referencia *radicó* solicitud de Remedios Administrativos referente a:

a) *No ha recibido medicamentos recetados por el médico internista y estatus de compra de zapatos ortopédicos conforme orden médica;*
b) *Cancelación de cita programada con el endocrinólogo el 1 de mayo de 2017 y se reprograme la misma;*
c) *Solicita copia de boletas de "sick-call" el 21, 24, 25, y 26 de abril de 2017;*
d) *Solicita le digan la razón por qué le suspendieron la insulina de la tarde del 12 de noviembre de 2015;*
e) *Solicita le digan la razón por qué el 2 de enero de 2015 en la tarde, nadie vino a suministrarle la dosis de insulina.*

- Q-032-15 – radicada el 9 de enero de 2015; notificada al área concernida el 13 de enero de 2015; contestada por el área concernida el 15 de enero de 2015; el 27 de enero de 2015 se hizo entrega al miembro de la población correccional del Recibo de Respuesta. No consta en el expediente administrativo que el miembro de la población correccional haya presentado Solicitud de Reconsideración.

- **B-2599-15** - radicada el 1 de diciembre de 2015; el 3 de diciembre de 2015 se hizo Notificación al área concernida; el 17 de diciembre de 2015 se recibió respuesta del área concernida; el 21 de diciembre de 2015 se hizo entrega al miembro de la población correccional del Recibo de Respuesta. No consta en el expediente administrativo que el miembro de la población correccional haya presentado Solicitud de Reconsideración.

- **B-860-17** – radicada el 8 de junio de 2017; el 12 de junio de 2017 se hizo Notificación al área concernida; el 28 de junio de 2017 se recibió respuesta del área concernida; el 13 de noviembre de 2019 se logró entregar respuesta al miembro de la población correccional. Se intentó entregar respuesta al miembro de la población correccional en dos ocasiones y no respondió al llamado de la evaluadora para recibo de respuesta.

- **B-687-17** – radicada el 3 de mayo de 2017; el 4 de mayo de 2017 se hizo Notificación al área concernida; el 22 de mayo de 2017 se recibió respuesta del área concernida; el 26 de mayo de 2017 la evaluadora intentó hacer entrega de la respuesta y no respondió al llamado en la sección; el 13 de noviembre de 2019 se hizo entrega al miembro de la población correccional del Recibo de Respuesta.

- **B-686-17** – radicada el 3 de mayo de 2017; el 6 de junio de 2017 la evaluadora de Remedios Administrativos emitió respuesta al miembro de la población correccional donde le hace constar que la Dra. Gladys Quiles Santiago emitió dos respuestas sobre el asunto; el 10 de mayo y el 26 de mayo de 2017 la evaluadora intentó entregarle al miembro de la población correccional el Recibo de Respuesta pero no respondió al llamado en la sección. El 13 de noviembre de 2019 se hizo entrega al miembro de la población correccional del Recibo de Respuesta.

Envío copia fiel y exacta de los documentos correspondientes. Certifico en calidad de Coordinador Regional lo antes mencionado.