COMMONWEALTH OF PUERTO RICO
SUPREME COURT
*Clerk's Office*
SAN JUAN, PUERTO RICO

## CERTIFICATION

I, **Sonnya Isabel Ramos Zeno, Esq.**, Chief Deputy Clerk of the Supreme Court of Puerto Rico, do hereby **CERTIFY**:

That a search of the automated registry of cases of the Supreme Court, which is active since 1988, shows that no action to which **José Julián Cruz Berríos** may be a party has been filed after 2014 at the Supreme Court of Puerto Rico. There is no record in this Court that Mr. Cruz Berríos filed a case relating to the following administrative complaints:

Q-032-15

B-2599-15

B-860-17

B-687-17

B-686-17

In witness whereof, at the request of the Justice Department of Puerto Rico, I issue this certification for official purposes, under my hand and the seal of the Supreme Court of Puerto Rico.

In San Juan, Puerto Rico, this 22nd day of November 2019.

Sonnya Isabel Ramos Zeno, Esq.
**Chief Deputy Clerk**
**Supreme Court of Puerto Rico**