

Physician Correctional

November 21, 2019

Certification:

I, Dra. Gladys Quiles Santiago, of legal age, Medical Services Director of Bayamon Correctional Complex, certify that:

1. Mr. Jose J. Cruz Berrios is an inmate under the custody of DCR living currently on facility 501 of Bayamon Correctional Complex.

2. Mr. Cruz Berrios has Diabetes Mellitus type 2, Diabetic Retinopathy, Diabetic Neuropathy, Hypothyroidism, High blood pressure and Depression.

3. He receives monitoring and treatment for all his physical conditions by the facility internal medicine doctor, last appointment was on October 15, 2019. Next appointment January 16, 2020.

4. Mr. Cruz Berrios also receives periodical evaluations and treatment with psychiatrist, last appointment was on September 25, 2019 next appointment is scheduled for December 28, 2019.

5. Mr. Cruz Berrios is also periodically followed by external clinics:

    - Gastroenterology- last visit June 10, 2019 next appointment November 27, 2019 for colonoscopy.

    - Urology- September 20, 2019 citoscopy was performed, October 18, 2019 biopsy results were discussed, next appointment January 8, 2019.

    - Ophthalmology last appointment on November 11, 2019 next appointment November 23, 2019.

    - Nephrology last appointment june 6, 2019.

    - Optometrist last visit August 27, 2019 oct on both eye performed, follow up with ophthalmologist.

    - Endocrinologist last appointment October 3, 2019 next appointment January 28, 2020.

6. Current treatment:

PO Box 193044 San Juan, Puerto Rico, 00919-3044
787-767-8758
787-250-9265



Lantus 70 units sq en PM divided 35 u in two different areas of body.

Vitamin D10000 3/ week

Glucerna 8 oz po bid

Neurontin 800 t po tid

Levothyroxine  25 mcg t po q d

Losartan 100 t po q d

Hydrochlotiazide 25 mg t po q d

Jardiance 10 mg t po q d

Asprin 81 mg t po q d

I sign this document in Bayamon Puerto Rico on November  21, 2019.

_____
Gladys Quiles Santiago
Medical Director
Bayamon Correctional Complex
787-786-0016